869 A.2d 482

**George JONES, Appellant,**

v.

**Jeffery BEARD, Secretary of the Department of Corrections, Appellee.**

Supreme Court of Pennsylvania.

Feb. 23, 2005.

## *ORDER*

PER CURIAM.

**AND NOW,** this 23rd day of February, 2005, probable jurisdiction is noted and the order appealed is affirmed.